**Order entered November 21, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-01293-CV

### IN RE TOYOTA MOTOR CORPORATION AND
### TOYOTA MOTOR SALES, U.S.A, INC., Relators

**Original Proceeding from the 134th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-16-15296**

## ORDER
Before Justices Lang-Miers, Myers, and Boatright

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus and **LIFT** the Court's November 9, 2017 stay of both the November 2, 2017 discovery order and the deposition of relators' corporate witnesses. We **ORDER** relators to bear the costs, if any, of this original proceeding.


/s/     ELIZABETH LANG-MIERS
         JUSTICE